United States District Court
Southern District of Texas
FILED

MAR 29 2012

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
|---|---|---|
| v. | : | H 12 -189 |
|  | : | VIOLATION: |
| WEN-LONG HUANG | : |  |
|  | : | 18 U.S.C. § 1832(a)(2) |
| ( Defendant) | : | (Trade Secrets) |

## INFORMATION

The United States of America charges that:

### COUNT ONE:

(Copying, Duplicating, Photographing of Trade Secrets)

18 U.S.C. Sec. 1832(a)(2)

On or about August 25, 2011, in the Southern District of Texas, defendant **Wen-Long Huang,** with the intent to convert a trade secret to the economic benefit of someone other than Jet Products, LLC., and intending and knowing that the offense would injure Jet Products, LLC., did knowingly steal, and without authorization copy, duplicate, download and convey a trade secret, specifically product data sheets, owned by Jet Products, which was related to and was included in a product that is produced for or placed in interstate and foreign commerce.

In violation of Title 18 United States Code § 1832(a)(2).

                                        Kenneth Magidson
                                        United States Attorney

By:                                         _____
                                        C.M. Feazel
                                        Assistant United States Attorney-SDTX
                                        919 Milam St., Ste 1500
                                        Houston, Tx 77002